IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY STARK | : |
| | : Civil Action No.: 09-01845 |
| V. | : |
| | : |
| COMMUNITY SERVICES, INC. ET AL. | : Jury Trial Demanded |
| d/b/a COMMUNITY SERVICES GROUP, | : |
| et al. | : |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

TO:  J. Dwight Yoder
     Gibbel Kraybill & Hess
     41 East Orange Street
     Lancaster, PA 17602

Dear Mr. Yoder:

This letter serves as Plaintiff Gary Stark's Notice of Acceptance of your Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff hereby accepts Defendant's offer of allowing judgment to be entered in favor of Plaintiff Gary Stark in the amount of $50,000 plus costs accrued until the receipt of this of this Offer of Judgment for all Plaintiff's claims for relief.

This Offer of Judgment was served on Plaintiff on November 17, 2009. Plaintiff's Notice of Acceptance was served on Defendant on November 24, 2009. Therefore, the offer was accepted within the ten (10) day period as prescribed by the rule.

Plaintiff will file this Notice of Acceptance with the Clerk of Courts for the United States District Court for the Eastern District of Pennsylvania and request judgment be entered in favor of Plaintiff.

Sincerely,

Dated: November 24, 2009

s// Edith A. Pearce
Edith A. Pearce, Esquire
Attorney for Plaintiff

Judgment is entered for Plaintiff as detailed in the above acceptance. The Clerk shall close the case.

Approved.
C. Darnell Jones, J.    Dec. 3, 2009